IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALLEN BENNETT, Inmate #A-81422,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 07-239-MJR |
| | ) |
| **ROD BLAGOJEVICH,** *et al.***,** | ) |
| | ) |
| **Defendants.** | ) |

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

The Court previously granted Plaintiff's motions for leave to proceed *in forma pauperis*. It has since come to the Court's attention that Plaintiff has had at least three prior prisoner actions dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Bennett v. McDonnell*, Case No. 91 C 5565 (N.D. Ill., dismissed Sept. 25, 1991); *Bennett v. Welborn*, Case No. 91 C 00376 (S.D. Ill., dismissed Jan. 9, 1992); *Bennett v. Troka*, Case No. 01 C 8843 (N.D. Ill, dismissed Jan 14, 2002); *Bennett v. Pernecke*, Case No. 03 C 5071 (N.D. Ill., dismissed Nov. 24, 2003). Further, the allegations in the instant complaint do not show that Plaintiff is under imminent danger of serious physical injury. Thus, he is barred from proceeding *in forma pauperis*. See 28 U.S.C. § 1915A.

**IT IS THEREFORE ORDERED** that the portion of the order granting the *in forma pauperis* motion (Doc. 8) is **VACATED** and **HELD FOR NAUGHT**.

**IT IS FURTHER ORDERED** that the motions for leave to proceed *in forma pauperis* (Doc. 3, 4) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall pay the full filing fee of $350 for this action within **FIFTEEN (15) DAYS** of the entry of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff does not comply with this Order in the time allotted, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

The Clerk is **DIRECTED** to mail a copy of this Memorandum and Order to Plaintiff and to the Trust Fund Officer at the Menard Correctional Center *upon entry of this Memorandum and Order*.

**IT IS SO ORDERED.**

**DATED this 13th day of August, 2007.**

                                            **s/ Michael J. Reagan**
                                            **MICHAEL J. REAGAN**
                                            **United States District Judge**