IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALLEN BENNETT, Inmate #A-81422,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 07-239-MJR** |
| ) | |
| **ROD BLAGOJEVICH,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

The Court revoked Plaintiff's pauper status (Doc. 17), finding that he is barred from proceeding *in forma pauperis*. *See* 28 U.S.C. § 1915A. Now before the Court is Plaintiff's motion challenging that finding; he claims that he is, in fact, in imminent danger of serious physical harm. The Court disagrees.

The complaint begins with a lengthy discourse of Plaintiff's life history, both prior to and after his incarceration. The basis of this action appears to be Plaintiff's belief that his inmate file contains inaccurate information regarding his various convictions. Apparently this information has had a negative impact on his ability to obtain desirable jobs within the prison. Without a prison job, he has minimal funds, and he sometimes does not have sufficient hygiene materials. He also has been subjected to disciplinary proceedings that he believes were unjustified. None of these claims suggests that Plaintiff was in imminent danger of serious physical harm at the time his filed this action.

Accordingly, the motion for reconsideration (Doc. 19) is **DENIED**. Plaintiff shall pay the

full filing fee of $350 for this action within **FIFTEEN (15) DAYS** of the entry of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff does not comply with this Order in the time allotted, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED this 4th day of September, 2007.**

                                      **s/ Michael J. Reagan**
                                      **MICHAEL J. REAGAN**
                                      **United States District Judge**